UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WILLIAMS INTERNATIONAL CORP, et al.,  :
                Plaintiffs,  :
                                              :  23 Misc. 439 (LGS)
-against-                                                       :
                                              :  ORDER
ZURICH AMERICAN INSURANCE CO., et al., :
                Defendants.  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED** that the oral argument on the motion to compel the deposition of Neil Harrison will be held telephonically. On November 30, 2023, at 2:30 P.M., the parties shall call 888-363-4749 and enter the access code 558-3333.

Dated: November 29, 2023
       New York, New York

                                                LORNA G. SCHOFIELD
                                       UNITED STATES DISTRICT JUDGE