UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
WILLIAMS INTERNATIONAL CO,
LLC, and RAMOS ARIZPE
MANUFACTURING S. DE R.L. DE C.V.,

                           Plaintiffs,

        -against-

ZURICH AMERICAN INSURANCE
CO., XL INSURANCE AMERICA, INC.,
AVIVA INSURANCE LIMITED, GENERAL
SECURITY INDEMNITY CO. OF ARIZONA
and ZURICH COMPANIA DE SEGUROS, SA,

                          Defendants.
-----------------------------------------------------------------X

Miscellaneous Action No. 1:23-mc-439

Related to Civil Action No. 4:20-cv-13277-SDK-APP  (E.D. Mich.)

Application **GRANTED**.  For the reasons discussed at the hearing, Neil Harrison shall appear for a deposition pursuant to Fed. R. Civ. P. 30.

The Clerk of Court is respectfully directed to close the case.

Dated: November 30, 2023
       New York, New York

*[signature]*
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

### NOTICE OF MOTION BY XL INSURANCE AMERICA, INC. TO COMPEL DEPOSITION OF NEIL HARRISON

    XL Insurance America, Inc. ("XL"), by and through its counsel, hereby moves this Court for an order, pursuant to Fed. R. Civ. P. 45, compelling Neil Harrison to comply with a subpoena to testify at a deposition in the civil action styled *WILLIAMS INTERNATIONAL CO., LLC, and RAMOS ARIZPE MANUFACTURING, S. DE. R.L. DE C.V. v. ZURICH AMERICAN INSURANCE CO., XL INSURANCE AMERICA, INC., AVIVA INSURANCE LIMITED, GENERAL SECURITY INDEMNITY CO. OF ARIZONA, and ZURICH COMPANIA DE SEGUROS, SA*, pending in the U.S. District Court for the Eastern District of Michigan, Case No. 4:20-cv-13277-SDK-APP.

    In support of this motion, XL relies upon (1) its contemporaneously filed memorandum of law, dated November 14, 2023, and (2) the exhibits attached to this motion, as follows:

    **Exhibit A**            Neil Harrison Deposition Subpoena

10302728.1